William BAKER, Defendant
Below, Appellant,

v.

STATE Of Delaware, Plaintiff
Below, Appellee.

No. 173, 2016

Supreme Court of Delaware.

Submitted: May 2, 2016

Decided: June 21, 2016

DISMISSED.

■

IN the MATTER OF the Petition
of Earl BRADLEY for a
Writ of Mandamus

No. 225, 2016

Supreme Court of Delaware.

Submitted: May 19, 2016

Decided: June 29, 2016

DENIED.

■

Lila HARRIS,[1] Respondent
Below, Appellant,

v.

Scott A. PRICE, Petitioner
Below, Appellee.

No. 59, 2016

Supreme Court of Delaware.

Submitted: May 17, 2016

Decided: July 7, 2016

AFFIRMED.

■

David H. DICKERSON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 109, 2016

Supreme Court of Delaware.

Submitted: May 16, 2016

Decided: July 7, 2016

AFFIRMED.

1. By Order dated February 8, 2016, the Court assigned pseudonyms to the parties. Del. Supr. Ct. R. 7(d).